```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 33194
    LUCILLE JONES
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0784

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 08/22/2005 and was confirmed 10/31/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 06/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CITIFINANCIAL              CURRENT MORTG           .00          .00            .00
CITIFINANCIAL              MORTGAGE ARRE       2096.63          .00        2096.63
CITIFINANCIAL              NOTICE ONLY      NOT FILED          .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY      NOT FILED          .00            .00
WASHINGTON MUTUAL FINANC   NOTICE ONLY      NOT FILED          .00            .00
OCWEN LOAN SERVICING LLC   MORTGAGE ARRE       7534.89          .00        7534.89
CODILIS & ASSOCIATES ^     NOTICE ONLY      NOT FILED          .00            .00
OCWEN LOAN SERVICING LLC   CURRENT MORTG           .00          .00            .00
AMERICASH LOANS LLC        UNSEC W/INTER       593.58        91.34         593.58
FISHER & SHAPIRO           NOTICE ONLY      NOT FILED          .00            .00
JOSEPH WROBEL              DEBTOR ATTY       2,394.00                     2,394.00
TOM VAUGHN                 TRUSTEE                                          791.90
DEBTOR REFUND              REFUND                                           603.66

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            14,106.00

PRIORITY                                        .00
SECURED                                    9,631.52
UNSECURED                                    593.58
   INTEREST                                   91.34
ADMINISTRATIVE                             2,394.00
TRUSTEE COMPENSATION                         791.90
DEBTOR REFUND                                603.66
                   --------------        --------------
TOTALS              14,106.00              14,106.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 33194 LUCILLE JONES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE